# SUPREME COURT OF PENNSYLVANIA

145 A.3d 722–729

| | | | |
|---|---|---|---|
| Bailey v. Elder; Hoyt Royalty, LLC, In re | 09/07/2016945 MAL (2015) | Denied | Pa.Super., 134 A.3d 484 |
| Barnhart v. Barnhart[1] | 06/29/201685 WAL (2016) | Denied | Pa.Super., 134 A.3d 492 |
| Bezjak v. Diamond | 08/30/2016165 WAL (2016) | Denied | Pa.Super., 135 A.3d 623 |
| Blackhawk Neff, Inc. v. Kusevich Contracting, Inc. | 09/06/2016118 WAL (2016) | Denied | Pa.Super., 141 A.3d 606 |
| Bochetto & Lentz P.C. v. Datz | 08/30/2016185 EAL (1026) | Denied | Pa.Super., 141 A.3d 586 |
| Burda v. Korenman | 08/10/2016213 MAL (2016) | Denied | No. 3797 EDA 2015 |
| Carmon v. Coleman | 08/10/2016212 MAL (2016) | Denied | Pa.Super., 144 A.3d 188 |
| Cerf v. McNeil[2] | 09/06/2016105 EAL (2016) | Denied | Pa.Super., 135 A.3d 663 |

1. Reconsideration Denied August 8, 2016.

2. Justice DONOHUE and MUNDY did not participate in the decision of this matter.